**From:** Shannon Moss
**Sent:** Tuesday, July 7, 2020 10:01 AM
**To:** Benton Martin
**Subject:** Martell Watkins

To whom this may concern:

    I am writing this letter in regards to Martell Watkins. Since he has been incarcerated I have witnessed a lot of growth in him from the way he speaks to the way he participates in the upbringing of our children and the way he loves in general. He has grown to be so much more patience and understanding as well as supportive. Though he has been gone for five years now he still remains very active n our children's lives n hasn't missed a beat from birthdays n holidays to their academic achievements. He connects with our girls on a level I have yet to achieve because they tell him n he tells me thing like the boys who they are crushing on and girls they're having problems with at school. That in its self amazing me because before all of this he was the one telling them they would never date until they were in their 30s. Martell constantly thinks about and puts others needs before his own and remains positive despite the many obstacles he has faced throughout his incarceration. He has stayed out of trouble gotten n kept a job, continued his education and taken numerous classes and courses to better himself and stay on the right path. We are all so proud of him and can't wait to have him back home out in the real world to continue his growth and keep going down the right road to success and to be able to hold our now six year old daughter in his arms again! Not a day goes by that she doesn't talk about and miss her daddy and it's nothing in this world she or I want more than for him to be able to hold her in his arms agains. So with that we ask that you please find it in your heart and jurisdiction to suspend the remainder of his sentence and allow him to come home to be the man and father he is destined to be.

    Sincerely,
Shannon M Miss